**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TERRY SUTTON, et al.,** | : | |
| Plaintiffs | : | No. 1:14-cv-1584 |
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| **CHANCEFORD TOWNSHIP, et al.,** | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, on this 16th day of May 2016, **IT IS HEREBY ORDERED THAT** Defendants' motion to dismiss (Doc. No. 6) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiffs' claim under the Takings Clause of the United States Constitution is **DISMISSED WITHOUT PREJUDICE**;

2. Plaintiffs' claim under the Equal Protection Clause of the United States Constitution is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiffs' claim under the Due Process Clause of the United States Constitution is **DISMISSED WITHOUT PREJUDICE**;

4. In all other respected, Defendants' motion is **DENIED**; and

5. Plaintiffs are granted leave to file an amended complaint within 21 days of the date of this order.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania